No. 82–6060. IN RE GREEN, 460 U. S. 1036;
No. 82–6084. THRASHER v. MISSOURI STATE HIGHWAY COMMISSION ET AL., 460 U. S. 1043; and
No. 82–6144. UDELL v. UNIVERSITY OF LOWELL ET AL., 460 U. S. 1054. Petitions for rehearing denied.

MAY 12, 1983

No. 82–1506. MARKEY ET AL. v. COSTA. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 53.

MAY 13, 1983

No. 82–1650. SERAVALLI ET AL. v. CONNECTICUT. Sup. Ct. Conn. Certiorari dismissed under this Court's Rule 53.